# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:17-cv-0974 (TJK) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ANSWER TO FIRST AMENDED COMPLAINT

Defendants United States Department of the Interior, United States Environmental Protection Agency ("EPA"), United States Department of Energy ("DOE"), United States Department of State ("State"), United States Department of Commerce ("DOC"), and United States National Oceanic and Atmospheric Administration ("NOAA"), by and through undersigned counsel, hereby answer the First Amended Complaint of Plaintiff Center for Biological Diversity as follows:

1.      This paragraph contains Plaintiff's characterization of its action, to which no response is required.

2.      Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

3.      Defendants admit that Plaintiff submitted Freedom of Information Act requests to each of the Defendants.  Defendants respectfully refer the court to the requests as the best evidence of their contents.

4.      Admit.

5.      This paragraph contains conclusions of law to which no response is required.  To the extent that a response is deemed required, Defendants deny the allegations.

6.      This paragraph contains a characterization of the relief sought in this action, to which no response is required.  To the extent that a response is deemed required, Defendants deny that Plaintiff is entitled to the relief sought, or to any other relief, in this case.

## JURISDICTION AND VENUE

7.      This paragraph contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.  To the extent that a response is deemed required, Defendants admit that this Court has jurisdiction.

8.      This paragraph contains Plaintiff's legal conclusions regarding venue, to which no response is required.  To the extent that a response is deemed required, Defendants admit that venue may be found in this District.

9.      This paragraph contains Plaintiff's legal conclusions concerning this Court's authority to grant declaratory relief, to which no response is required.  To the extent that a response is deemed required, deny.

10.     This paragraph contains Plaintiff's legal conclusions concerning this Court's authority to grant injunctive relief, to which no response is required.  To the extent that a response is deemed required, deny.

## PARTIES

11.     Admit the first sentence. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the claims.

12.     Admit that Interior Department is a federal agency within the U.S. Government and is subject to 5 U.S.C. § 552(f).   Interior Department lacks knowledge or information sufficient to admit or deny the allegations in the second sentence.

13.     Admit that EPA is a federal agency within the U.S. Government and is subject to 5 U.S.C. § 552(f).   EPA lacks knowledge or information sufficient to admit or deny the allegations in the second sentence.

14.     Admit that DOE is a federal agency within the U.S. Government and is subject to 5 U.S.C. § 552(f).   DOE lacks knowledge or information sufficient to admit or deny the allegations in the second sentence.

15.     Admit that State is a federal agency within the U.S. Government and is subject to 5 U.S.C. § 552(f). State lacks knowledge or information sufficient to admit or deny the allegations in the second sentence.

16.      Admit that DOC is a federal agency within the U.S. Government and is subject to 5 U.S.C. § 552(f).   DOC lacks knowledge or information sufficient to admit or deny the allegations in the second sentence.

17.     Admit that NOAA is a federal agency within the U.S. Government.  NOAA  lacks knowledge or information sufficient to admit or deny the allegations in the second sentence

## STATUTORY BACKGROUND

18.     This paragraph characterizes the purpose of the Freedom of Information Act ("FOIA") and makes legal conclusions concerning the availability of government records under the FOIA, to which no response is required.

19.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

20.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

21.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

22.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

23.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

24.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

25.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

26.     This paragraph contains Plaintiff's characterization of the requirements of FOIA, to which no response is required.

27.     This paragraph contains Plaintiff's legal conclusions concerning this Court's authority to grant injunctive relief, to which no response is required.

28.     This paragraph contains conclusions of law, to which no response is required.

## FACTUAL BACKGROUND

### Interior Department FOIA Request (OS-2017-00384)

29.     Admit that the quoted text is contained in Plaintiff's FOIA request and admit that it received the request on March 30, 2017.

30.     Admit.

31.     This paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant Interior Department denies that a determination was due on April 27, 2017, avers that it took a 10-day working extension, and further avers that Plaintiff was notified of the 10-day extension in the acknowledgement letter referenced in Paragraph 28.

32.     This paragraph contains conclusions of law, to which no response is required.  To the extent a response is deemed necessary, Defendant Interior Department denies that it has not requested additional time to respond but otherwise admits the allegations in this paragraph.

### EPA FOIA Request (EPA-HQ-2017-005517)

33.     Admit that Plaintiff's FOIA request was submitted on March 30, 2017, and that it contains the text quoted in the complaint.

34.     Admit the first sentence. Admit EPA granted Plaintiff's fee waiver request, but the date of the action was April 12, 2017.

35.     This paragraph contains conclusions of law, to which no response is required.

36.     Admit that Plaintiff sent a letter to EPA on May 8, 2017.  Defendants respectfully direct the Court to the letter for a full and accurate assessment of its contents.

37.     This paragraph contains conclusions of law, to which no response is required.  To the extent a response is deemed necessary, Defendant EPA admits that it has not responded to the May 8, 2017 letter.

### Energy Department FOIA Request (HQ-2017-00806)

38.     Defendant DOE admits that it received a FOIA request from Plaintiff on March 30, 2017, and that it contains the text quoted in the complaint.

39.     Admit, with the clarification that the controlled number for the request is HQ-2017-008060F.

40.     Admit.

41.     Admit.

42.     Admit.

43.     Admit.

44.     Defendants admit only that DOE sent an interim response to Plaintiff on April 26, 2017, and respectfully refers the Court to that document as the best evidence of its contents.

45.     This paragraph contains conclusions of law, to which no response is required.

46.     Defendants admit only that DOE provided a determination in response to Plaintiff's request by letter dated August 11, 2017.

47.     Defendants admit that DOE's search did not locate any responsive documents.

48.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

49.     This paragraph contains conclusions of law, to which no response is required.  To the extent a response is deemed necessary, deny.

**State Department FOIA Request**

50.     Admit that State received a FOIA request on April 4, 2017, and that it contains the text quoted in the complaint.

51.     Deny that State "acknowledged" the request and assigned it a tracking number on April 4, 2017, but admit that an automatic confirmation of the submission of Plaintiff's FOIA request was generated on that date.  Admit that State later assigned the tracking number F-2017-08517 to Plaintiff's request.

52.      Admit that State acknowledged the FOIA request and granted a fee waiver by letter on April 10, 2017.

53.      Admit that State received a letter on May 31, 2017, requesting a determination on the FOIA request and an estimated date for completion.

54.      Admit that State confirmed receipt of the May 31, 2017, letter by email on June 1, 2017, but deny that the email confirmation contained the quoted text.

55.      This paragraph contains conclusions of law, to which no response is required.

56.      This paragraph contains conclusions of law, to which no response is required.  To the extent a response is deemed necessary, Defendant State admits that it has not responded to the request.

### DOC FOIA Request (DOC-OS-2017-000939)

57.      Admit that Plaintiff's FOIA request directed to DOC was received on April 3, 2017, and that it contains the text quoted in the complaint.  Defendants respectfully direct the Court to the request for a full and accurate assessment of its contents.

58.      Admit that on April 3, 2017, Plaintiff's FOIA request directed to DOC was assigned tracking number DOC-OS-2017-000939 and an acknowledgment of receipt of the request was sent by FOIAOnline.  Admit the second sentence.

59.      Admit that DOC sent a letter to the Plaintiff on April 13, 2017.  Defendants respectfully direct the Court to the letter for a full and accurate assessment of its contents.

60.      Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations. Deny that DOC has any record of receiving an email from Plaintiff on April 17, 2017.

61.     Admit the first three sentences, and admit that on May 23, 2017, DOC received an email from Plaintiff.  Defendants respectfully direct the Court to the email for a full and accurate assessment of its contents.

62.     This paragraph contains conclusions of law, to which no response is required.

63.     This paragraph contains conclusions of law, to which no response is required.

64.     This paragraph contains conclusions of law, to which no response is required. To the extent a response is deemed necessary, DOC admits that as of the date of filing of the First Amended Complaint it had not made a final determination on FOIA request DOC-OS-2017-000939.

**NOAA FOIA Request (DOC-NOAA-2017-001066)**

65.     Admit that Plaintiff's FOIA request directed to NOAA was received on April 10, 2017, perfected on April 19, 2017, and that it contains the text quoted in the complaint. Defendants respectfully direct the Court to the request for a full and accurate assessment of its contents.

66.     Admit that on April 21, 2017, the request was assigned tracking number DOC-NOAA-2017-001066 and an acknowledgment of receipt of the request was sent by FOIAOnline. Admit that NOAA sent a letter to Plaintiff regarding the request on April 24, 2017.  Defendants respectfully direct the Court to the letter for a full and accurate assessment of its contents.

67.     Admit that NOAA sent Plaintiff an email via FOIAOnline on May 3, 2017, and that it contains the text quoted in the complaint. Defendants respectfully direct the Court to the email for a full and accurate assessment of its contents.

68.     Admit that NOAA sent Plaintiff a determination letter regarding the NOAA FOIA Request via FOIAOnline on May 10, 2017, that the cover email enclosing the determination letter contains the text quoted in the complaint and that the determination letter included notification to Plaintiff of its appeal rights.  Defendants respectfully direct the Court to the email and determination letter for a full and accurate assessment of its contents.

69.     Deny that NOAA received an appeal regarding the NOAA FOIA Request, but admit (i) that DOC received an appeal regarding the NOAA FOIA Request on June 30, 2017, (ii) that on the same day the appeal was assigned tracking number DOC-OS-2017-001456, and (iii) that an acknowledgment of receipt of the appeal was sent via FOIAOnline.

70.     Deny that NOAA responded to the NOAA FOIA Appeal[1] and deny that prior to July 3, 2017, any determination on the NOAA FOIA Appeal existed to affirm.  Admit that on July 3, 2017, in response to the NOAA FOIA Appeal, DOC affirmed NOAA's final determination on the NOAA FOIA Request and DOC's response letter contains the text quoted in the complaint.  Defendants respectfully direct the Court to the appeal response issued by DOC for a full and accurate assessment of its contents.

71.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

72.     This paragraph contains conclusions of law, to which no response is required. To the extent a response may be deemed necessary, deny.

---

[1] Although Defendants accept Plaintiff's definition and use of the term "NOAA FOIA Appeal", Defendants note that Plaintiff's terminology may be confusing as appeals regarding determinations of FOIA requests made by NOAA should be submitted to DOC.  Defendants further note that Plaintiff correctly submitted the NOAA FOIA Appeal to DOC.

**All Requests**

73.      This paragraph contains conclusions of law, to which no response is required.  To the extent a response may be deemed required, deny.

74.      Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**
**VIOLATION OF THE FREEDOM OF INFORMATION ACT**
**Failure to Comply with FOIA's Mandatory Determination Deadline**

**COUNT ONE: The Interior Department Missed FOIA's Mandatory Determination Deadline for the Center's Interior Department FOIA Request Number OS-2017-00384**

75.      Defendants incorporate herein their prior answers to the preceding paragraphs.

76.      This paragraph contains conclusions of law, to which no response is required.

77.      This paragraph contains conclusions of law, to which no response is required.

78.      Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

79.      Deny.

80.      Deny.

**COUNT TWO: EPA Missed FOIA's Mandatory Determination Deadline for the Center's EPA FOIA Request Number EPA-HQ-2017-005517**

81.      Defendants incorporate herein their answers to the preceding paragraphs.

82.      This paragraph contains conclusions of law, to which no response is required.

83.      This paragraph contains conclusions of law, to which no response is required.

84.      Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

85.     Deny.

## COUNT THREE: The Energy Department Missed FOIA's Mandatory Determination Deadline for the Center's Energy Department FOIA Request Number HQ-2017-00806

86.     Defendants incorporate herein their answers to the preceding paragraphs.

87.     This paragraph contains conclusions of law, to which no response is required.

88.     This paragraph contains conclusions of law, to which no response is required.

89.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

90.     Deny.

## COUNT FOUR: The State Department Missed FOIA's Mandatory Determination Deadline for the Center's State Department FOIA Request Number F-2017-08517

91.     Defendants incorporate herein their answers to the preceding paragraphs.

92.     This paragraph contains conclusions of law, to which no response is required.

93.     This paragraph contains conclusions of law, to which no response is required.

94.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph.

95.     Deny.

## COUNT FIVE: The Commerce Department Missed FOIA's Mandatory Determination Deadline for the Center's Commerce Department FOIA Request Number DOC-OS-2017-000939

96.     Defendants incorporate herein their answers to the preceding paragraphs.

97.     This paragraph contains conclusions of law, to which no response is required.

98.     This paragraph contains conclusions of law, to which no response is required.

99.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

100.     Deny.

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF THE FREEDOM OF INFORMATION ACT**
**Failure to Disclose All Responsive Records to the Center**

**COUNT ONE: The Interior Department Has Unlawfully Withheld Record Responsive to Interior Department FOIA Request Number OS-2017-00384**

101.   Defendants incorporate herein their answers to the preceding paragraphs.

102.   This paragraph contains conclusions of law, to which no response is required.

103.   This paragraph contains conclusions of law, to which no response is required.

104.   Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

105.   Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

106.   Deny.

**COUNT TWO: EPA Has Unlawfully Withheld Records Responsive to EPA FOIA Request Number EPA-HQ-2017-005517**

107.   Defendants incorporate herein their answers to the preceding paragraphs.

108.   This paragraph contains conclusions of law, to which no response is required.

109.   This paragraph contains conclusions of law, to which no response is required.

110.   Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

111.   Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

112.   Deny.

**COUNT THREE: The Energy Department Has Unlawfully Withheld Records Responsive to the Energy Department FOIA Request Number HQ-2017-00806**

113.   Defendants incorporate herein their answers to the preceding paragraphs.

114.   This paragraph contains conclusions of law, to which no response is required.

115.   This paragraph contains conclusions of law, to which no response is required.

116.   Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

117.   Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

118.   Deny.

**COUNT FOUR: The State Department Has Unlawfully Withheld Records Responsive to State Department FOIA Request Number F-2017-08517**

119.   Defendants incorporate herein their answers to the preceding paragraphs.

120.   This paragraph contains conclusions of law, to which no response is required.

121.   This paragraph contains conclusions of law, to which no response is required.

122.   Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

123.   Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

124.   Deny.

**COUNT FIVE: The Commerce Department Has Unlawfully Withheld Records Responsive to the Center's Commerce Department FOIA Request Number DOC-OS-2017-000939**

125.   Defendants incorporate herein their answers to the preceding paragraphs.

126.   This paragraph contains conclusions of law, to which no response is required.

127.   This paragraph contains conclusions of law, to which no response is required.

128.   Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

129.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

130.     Deny.

**COUNT SIX: NOAA Has Failed to Conduct an Adequate Search for All Records Responsive to the Center's Commerce Department FOIA Request Number DOC-NOAA-2017-001066**

131.     Defendants incorporate herein their answers to the preceding paragraphs.

132.     This paragraph contains conclusions of law, to which no response is required.

133.     This paragraph contains conclusions of law, to which no response is required.

134.     Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

135.     Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

136.     Deny.

**THIRD CLAIM FOR RELIEF
VIOLATION OF THE FREEDOM OF INFORMATION ACT
Failure to Conduct an Adequate Search for Responsive Records**

**COUNT ONE: The Interior Department Has Failed to Conduct an Adequate Search for All Records Responsive to Interior Department FOIA Request Number OS-2017-00384**

137.     Defendants incorporate herein their answers to the preceding paragraphs

138.     This paragraph contains conclusions of law, to which no response is required.

139.     Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

140.     Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

141.     Deny.

**COUNT TWO: EPA Has Failed to Conduct an Adequate Search for All Records Responsive to EPA FOIA Request Number EPA-HQ-2017-005517**

142.    Defendants incorporate herein their answers to the preceding paragraphs.

143.    This paragraph contains conclusions of law, to which no response is required.

144.    Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

145.    Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

146.    Deny.

**COUNT THREE: The Energy Department Has Failed to Conduct an Adequate Search for all Records Responsive to the Energy Department FOIA Request Number HQ-2017-00806**

147.    Defendants incorporate herein their answers to the preceding paragraphs.

148.    This paragraph contains conclusions of law, to which no response is required.

149.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

150.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

151.    Deny.

**COUNT FOUR: The State Department Has Failed to Conduct an Adequate Search for All Records Responsive to State Department FOIA Request Number F-2017-08517**

152.    Defendants incorporate herein their answers to the preceding paragraphs.

153.    This paragraph contains conclusions of law, to which no response is required.

154.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

155.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

156.    Deny.

**COUNT FIVE: The Commerce Department Has Failed to Conduct an Adequate Search for All Records Responsive to the Center's Commerce Department FOIA Request Number DOC-OS-2017-000939**

157.    Defendants incorporate herein their answers to the preceding paragraphs.

158.    This paragraph contains conclusions of law, to which no response is required.

159.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

160.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

161.    Deny.

**COUNT SIX: NOAA Has Failed to Conduct an Adequate Search for All Records Responsive to the Center's NOAA FOIA Request Number DOC-NOAA-2017-001066**

162.    Defendants incorporate herein their answers to the preceding paragraphs.

163.    This paragraph contains conclusions of law, to which no response is required.

164.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

165.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

166.    Deny.

**FOURTH CLAIM FOR RELIEF**
**VIOLATION OF THE FREEDOM OF INFORMATION ACT**
**Failure to Provide Reasonably Segregable Portions of Any Lawfully Exempt Records**

**COUNT ONE: The Interior Department Failed to Provide Reasonably Segregable Portions of Any Lawfully Exempt Records**

167.    Defendants incorporate herein their answers to the preceding paragraphs.

168.    This paragraph contains conclusions of law, to which no response is required.

169.    This paragraph contains conclusions of law, to which no response is required.

170.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

171.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

172.    Deny.

**COUNT TWO: EPA Failed to Provide all Reasonably Segregable Portions of Any Lawfully Exempt Records**

173.    Defendants incorporate herein their answers to the preceding paragraphs.

174.    This paragraph contains conclusions of law, to which no response is required.

175.    This paragraph contains conclusions of law, to which no response is required.

176.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

177.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the claims.

178.    Deny.

**COUNT THREE: The Energy Department Failed to Provide all Reasonably Segregable Portions of Any Lawfully Exempt Records**

179.    Defendants incorporate herein their answers to the preceding paragraphs.

180.    This paragraph contains conclusions of law, to which no response is required.

181.    This paragraph contains conclusions of law, to which no response is required.

182.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

183.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

184.    Deny.

**COUNT FOUR: The State Department Failed to Provide all Reasonably Segregable Portions of Any Lawfully Exempt Records**

185.    Defendants incorporate herein their answers to the preceding paragraphs.

186.    This paragraph contains conclusions of law, to which no response is required.

187.    This paragraph contains conclusions of law, to which no response is required.

188.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

189.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

190.    Deny.

**COUNT FIVE: The Commerce Department Failed to Provide all Reasonably Segregable Portions of Any Lawfully Exempt Records**

191.    Defendants incorporate herein their answers to the preceding paragraphs.

192.    This paragraph contains conclusions of law, to which no response is required.

193.    This paragraph contains conclusions of law, to which no response is required.

194.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

195.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

196.    Deny.

**COUNT SIX: NOAA Failed to Provide all Reasonably Segregable Portions of Any Lawfully Exempt Records**

197.    Defendants incorporate herein their answers to the preceding paragraphs.

198.    This paragraph contains conclusions of law, to which no response is required.

199.    This paragraph contains conclusions of law, to which no response is required.

200.    Defendants lack knowledge or information sufficient to admit or deny the truth of the allegations in the paragraph and therefore deny the allegations.

201.    Defendants lack knowledge or information sufficient to admit or deny the allegations in this paragraph and therefore deny the allegations.

202.    Deny.

**FIFTH CLAIM FOR RELIEF**
**VIOLATION OF THE FREEDOM OF INFORMATION ACT**
**(In the Alternative to the First and Fourth Claims)**
**Unlawfully Withheld or Unreasonably Delayed Actions that FOIA Requires**

**COUNT ONE: The Interior Department Withheld or Unreasonably Delayed Actions that FOIA Requires**

203.    Defendants incorporate herein their answers to the preceding paragraphs.

204.    This paragraph contains conclusions of law, to which no response is required.

205.    This paragraph contains conclusions of law, to which no response is required.

206.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

207.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

208.    This paragraph contains conclusions of law, to which no response is required.

209.    Deny.

**COUNT TWO: EPA Withheld or Unreasonably Delayed Actions that FOIA Requires**

210.    Defendants incorporate herein their answers to the preceding paragraphs.

211.    This paragraph contains conclusions of law, to which no response is required.

212.    This paragraph contains conclusions of law, to which no response is required.

213.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

214.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

215.    This paragraph contains conclusions of law, to which no response is required.

216.    Deny.

**COUNT THREE: The Energy Department Withheld or Unreasonably Delayed Actions that FOIA Requires**

217.    Defendants incorporate herein their answers to the preceding paragraphs.

218.    This paragraph contains conclusions of law, to which no response is required.

219.    This paragraph contains conclusions of law, to which no response is required.

220.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

221.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations

222.    This paragraph contains conclusions of law, to which no response is required.

223.    Deny.

**COUNT FOUR: The State Department Withheld or Unreasonably Delayed Actions that FOIA Requires**

224.    Defendants incorporate herein their answers to the preceding paragraphs.

225.    This paragraph contains conclusions of law, to which no response is required.

226.    This paragraph contains conclusions of law, to which no response is required.

227.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

228.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

229.    This paragraph contains conclusions of law, to which no response is required.

230.    Deny.

**COUNT FIVE: The Commerce Department Withheld or Unreasonably Delayed Actions that FOIA Requires**

231.    Defendants incorporate herein their answers to the preceding paragraphs.

232.    This paragraph contains conclusions of law, to which no response is required.

233.     This paragraph contains conclusions of law, to which no response is required.

234.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

235.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

236.     This paragraph contains conclusions of law, to which no response is required.

237.     Deny.

## COUNT SIX: NOAA Withheld or Unreasonably Delayed Actions that FOIA Requires

238.     Defendants incorporate herein their answers to the preceding paragraphs.

239.     This paragraph contains conclusions of law, to which no response is required.

240.     This paragraph contains conclusions of law, to which no response is required.

241.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

242.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

243.     This paragraph contains conclusions of law, to which no response is required.

244.     Deny.

**SIXTH CLAIM FOR RELIEF**
**VIOLATION OF THE FREEDOM OF INFORMATION ACT**
**(In the Alternative to the First through Eighth Claims)**
**Violations of FOIA's Requirements Are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

**COUNT ONE: The Interior Department's Violations of FOIA are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

245.    Defendants incorporate herein their answers to the preceding paragraphs.

246.    This paragraph contains conclusions of law, to which no response is required.

247.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

248.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations

249.    This paragraph contains conclusions of law, to which no response is required.

250.    Deny.

**COUNT TWO: EPA's Violations of FOIA are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

251.    Defendants incorporate herein their answers to the preceding paragraphs.

252.    This paragraph contains conclusions of law, to which no response is required.

253.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

254.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the claims.

255.     This paragraph contains conclusions of law, to which no response is required.

256.     Deny.

**COUNT THREE: The Energy Department's Violations of FOIA are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

257.     Defendants incorporate herein their answers to the preceding paragraphs.

258.     This paragraph contains conclusions of law, to which no response is required.

259.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

260.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

261.     This paragraph contains conclusions of law, to which no response is required.

262.     Deny.

**COUNT FOUR: The State Department's Violations of FOIA are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

263.     Defendants incorporate herein their answers to the preceding paragraphs.

264.     This paragraph contains conclusions of law, to which no response is required.

265.     This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

266.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

267.    This paragraph contains conclusions of law, to which no response is required.

268.    Deny.

**COUNT FIVE: The Commerce Department's Violations of FOIA are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

269.    Defendants incorporate herein their answers to the preceding paragraphs.

270.    This paragraph contains conclusions of law, to which no response is required.

271.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

272.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

273.    This paragraph contains conclusions of law, to which no response is required.

274.    Deny.

**COUNT SIX: NOAA's Violations of FOIA are Arbitrary, Capricious, an Abuse of Discretion, or Otherwise Not in Accordance with Law**

275.    Defendants incorporate herein their answers to the preceding paragraphs.

276.    This paragraph contains conclusions of law, to which no response is required.

277.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

278.    This paragraph contains conclusions of law, to which no response is required. Defendants lack knowledge or information sufficient to admit or deny the remainder of the paragraph and therefore deny the allegations.

279.    This paragraph contains conclusions of law, to which no response is required.

280.    Deny.

## PRAYER FOR RELIEF

The remaining paragraphs contain Plaintiff's requests for relief, not allegations of fact, and therefore no response is required.  To the extent a response may be deemed necessary, Defendant denies the allegations contained in these paragraphs, and further aver that Plaintiff is not entitled to the requested relief or to any other relief from Defendant.

Defendant denies any and all allegations in the Amended Complaint not expressly admitted herein.

## FIRST AFFIRMATIVE DEFENSE

As to some or all of the claims asserted in this action, Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The information sought by Plaintiff is exempt from release in full under one or more FOIA exemptions.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's FOIA requests are overbroad and do not reasonably describe the records sought.

## <u>FOURTH AFFIRMATIVE DEFENSE</u>

The Amended Complaint should be dismissed in whole or in part to the extent Plaintiff failed to exhaust administrative remedies with respect to some or all of the FOIA requests at issue.

Respectfully submitted,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

_____/s/_____
JOSHUA KOLSKY, D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendants*