# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al,<br><br>　　　　Defendants. | Case No.:  1:17-cv-00974 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's October 30, 2017, Order, Plaintiff the Center for Biological Diversity (the "Center") and Defendants U.S. Department of the Interior ("Interior Department"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of Energy ("DOE"), U.S. Department of State ("State Department"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA") (collectively "Defendants," and with the Center, the "Parties") hereby submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *as amended* ("FOIA" or "Act").

By letter dated October 31, 2017, Defendant the Interior Department informed Plaintiff that it had reviewed approximately 6,513 pages of potentially responsive records and was producing one document, consisting of three pages, in part.  The Interior Department will produce any additional, responsive records by November 30, 2017.

By letter dated November 15, 2017, Defendant the State Department informed Plaintiff that it was releasing one document, consisting of four pages, in part.  The State Department will continue to process potentially responsive records and will produce any non-exempt, responsive records on the schedule currently in place.

As previously reported, DOE has completed its search for responsive records and has found no such records.

As previously reported, NOAA has completed its search for responsive records and has found no such records.

EPA reports that it has completed its initial search for responsive records and has collected approximately 27,000 potentially responsive documents. Due to the voluminous nature of the records, EPA is determining how to allocate resources to process those documents and will propose a production schedule in the next Joint Status Report.

DOC has completed its search for responsive records and will produce any non-exempt, responsive records by December 18, 2017.

The Parties propose that they file another joint status report on December 27, 2017.

Respectfully submitted,

*/s/ Margaret E. Townsend*
Margaret E. Townsend
(D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Amy R. Atwood*
Amy R. Atwood
(D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

     /s/
JOSHUA M. KOLSKY
D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov

*Counsel for Defendants*