## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al,<br><br>      Defendants. | Case No.:  1:17-cv-00974 (TJK) |

## **JOINT STATUS REPORT**

Pursuant to the Court's November 28, 2017, Order, Plaintiff the Center for Biological Diversity (the "Center") and Defendants U.S. Department of the Interior ("Interior Department"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of Energy ("DOE"), U.S. Department of State ("State Department"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA") (collectively "Defendants," and with the Center, the "Parties") hereby submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *as amended* ("FOIA" or "Act").

By letter dated November 30, 2017, the Interior Department informed Plaintiff that it was releasing 44 pages in full and 41 pages in part.  The Interior Department reports that its production is now complete.

By letter dated December 15, 2017, the State Department informed Plaintiff that it was releasing one record, consisting of four pages, in part.  The State Department reports that its production is now complete.

By letter dated December 18, 2017, DOC informed Plaintiff that it was releasing one record, consisting of two pages, in part, and was withholding fourteen records. DOC reports that its production is now complete.

As previously reported, DOE has completed its search for responsive records and has found no such records.

As previously reported, NOAA has completed its search for responsive records and has found no such records.

As previously reported, EPA has completed its initial search for responsive records and has collected approximately 27,000 potentially responsive records. After eliminating duplicates, there are over 16,000 potentially responsive records to review. EPA proposes to produce responsive, non-exempt records on a rolling basis with the first production to occur on January 31, 2018. The first production will consist of any records in the initial release in related litigation in *NRDC v. EPA*, No. 17-1243 (D.D.C.) to the extent that such records are responsive to Plaintiff's FOIA request in this case. EPA will then process at least 350 records per month and will release any responsive, non-exempt records on March 2, 2018, and every thirty days thereafter. Plaintiff does not agree to the scheduled proposed by EPA.

The Parties propose that they file another joint status report on February 26, 2018, and every sixty days thereafter.

                                                                 Respectfully submitted,

*/s/ Margaret E. Townsend*  
Margaret E. Townsend  
(D.C. Bar No. OR0008)  
Center for Biological Diversity  
P.O. Box 11374  
Portland, OR 97211-0374  
(971) 717-6409  
mtownsend@biologicaldiversity.org  

JESSIE K. LIU  
D.C. BAR # 472845  
United States Attorney  

DANIEL F. VAN HORN  
D.C. BAR #924092  
Chief, Civil Division

3

| | |
|---|---|
| */s/ Amy R. Atwood* |   /s/                                  |
| Amy R. Atwood | JOSHUA M. KOLSKY |
| (D.C. Bar No. 470258) | D.C. BAR # 993430 |
| Center for Biological Diversity | Assistant United States Attorney |
| P.O. Box 11374 | District of Columbia |
| Portland, OR 97211-0374 | 555 Fourth St., N.W. |
| (971) 717-6401 | Washington, D.C. 20530 |
| atwood@biologicaldiversity.org | Phone: (202) 252-2541 |
| | Fax: (202) 252-2599 |
| | joshua.kolsky@usdoj.gov |
| | |
| *Attorneys for Plaintiff* | *Counsel for Defendants* |