# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al,<br><br>　　　　　Defendants. | Case No.:  1:17-cv-00974 (TJK) |

## JOINT STATUS REPORT

Pursuant to the December 27, 2017, Joint Status Report and the Court's subsequent Order of January 11, 2018, Plaintiff the Center for Biological Diversity (the "Center") and Defendants U.S. Department of the Interior ("Interior Department"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of Energy ("DOE"), U.S. Department of State ("State Department"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA") (collectively "Defendants," and with the Center, the "Parties") hereby submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *as amended* ("FOIA" or "Act").

On January 31, 2018, counsel for Defendants informed counsel for Plaintiff that EPA was producing records previously released in a related litigation in *NRDC v. EPA*, No. 17-1243 (D.D.C.), some of which EPA contends are also responsive to Plaintiff's FOIA request.  EPA will process at least 350 records per month on a rolling basis beginning on March 2, 2018, and every 30 days thereafter, as reported in the December 27, 2017, Joint Status Report.  Plaintiff does not agree to the schedule proposed by EPA because it believes that processing just 350

records per month is too few when EPA reports having over 16,000 potentially responsive records to review.

As previously reported, the State Department has completed its production.

As previously reported, DOC has completed its production.

As previously reported, DOE has completed its search for responsive records and has found no such records.

As previously reported, NOAA has completed its search for responsive records and has found no such records.

Pursuant to the Court's Order, the Parties will file another joint status report on April 27, 2018, and every sixty days thereafter.

| | |
|---|---|
| DATED:   February 26, 2018 | Respectfully submitted, |
| */s/ Margaret E. Townsend* <br> Margaret E. Townsend <br> (D.C. Bar No. OR0008) <br> Center for Biological Diversity <br> P.O. Box 11374 <br> Portland, OR 97211-0374 <br> (971) 717-6409 <br> mtownsend@biologicaldiversity.org | JESSIE K. LIU <br> D.C. BAR # 472845 <br> United States Attorney <br><br> DANIEL F. VAN HORN <br> D.C. BAR #924092 <br> Chief, Civil Division |
| */s/ Amy R. Atwood* <br> Amy R. Atwood <br> (D.C. Bar No. 470258) <br> Center for Biological Diversity <br> P.O. Box 11374 <br> Portland, OR 97211-0374 <br> (971) 717-6401 <br> atwood@biologicaldiversity.org | */s/ Joshua M. Kolsky* <br> JOSHUA M. KOLSKY <br> D.C. BAR # 993430 <br> Assistant United States Attorney <br> District of Columbia <br> 555 Fourth St., N.W. <br> Washington, D.C. 20530 <br> Phone: (202) 252-2541 <br> Fax: (202) 252-2599 <br> joshua.kolsky@usdoj.gov |
| *Attorneys for Plaintiff* | *Counsel for Defendants* |