**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al,<br><br>  Defendants. | Case No.:  1:17-cv-00974 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 11, 2018, Plaintiff the Center for Biological Diversity (the "Center") and Defendants U.S. Department of the Interior ("Interior Department"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of Energy ("DOE"), U.S. Department of State ("State Department"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA") (collectively "Defendants," and with the Center, the "Parties") hereby submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *as amended* ("FOIA" or "Act").

On May 2, 2018, counsel for Defendants informed counsel for Plaintiff that EPA had reviewed 350 additional records and determined that none were responsive to Plaintiff's FOIA request. On May 31, 2018, counsel for Defendants informed counsel for Plaintiff that EPA had reviewed 721 additional records and determined that none were responsive to Plaintiff's FOIA request. EPA will continue to process at least 350 records per month on a rolling basis. Plaintiff does not agree to the schedule proposed by EPA because it believes that processing of just 350 records per month is too few when EPA reports having over 16,000 potentially responsive records to review.

As previously reported, the State Department has completed its production.

As previously reported, DOC has completed its production.

As previously reported, DOE has completed its search for responsive records and has found no such records.

As previously reported, NOAA has completed its search for responsive records and has found no such records.

Pursuant to the Court's Order, the Parties will file another joint status report on August 27, 2018, and every sixty days thereafter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| */s/ Margaret E. Townsend* | JESSIE K. LIU |
| Margaret E. Townsend | D.C. BAR # 472845 |
| (D.C. Bar No. OR0008) | United States Attorney |
| Center for Biological Diversity |  |
| P.O. Box 11374 | DANIEL F. VAN HORN |
| Portland, OR 97211-0374 | D.C. BAR #924092 |
| (971) 717-6409 | Chief, Civil Division |
| mtownsend@biologicaldiversity.org |  |
|  | ___/s/_____ |
| */s/ Amy R. Atwood* | JOSHUA M. KOLSKY |
| Amy R. Atwood | D.C. BAR # 993430 |
| (D.C. Bar No. 470258) | Assistant United States Attorney |
| Center for Biological Diversity | District of Columbia |
| P.O. Box 11374 | 555 Fourth St., N.W. |
| Portland, OR 97211-0374 | Washington, D.C. 20530 |
| (971) 717-6401 | Phone: (202) 252-2541 |
| atwood@biologicaldiversity.org | Fax: (202) 252-2599 |
|  | joshua.kolsky@usdoj.gov |
|  |  |
| *Attorneys for Plaintiff* | *Counsel for Defendants* |