**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Civil Action No.:  17-0974 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of February 1, 2019, Plaintiff the Center for Biological Diversity (the "Center") and Defendants U.S. Department of the Interior ("Interior Department"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of Energy ("DOE"), U.S. Department of State ("State Department"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA") hereby submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *as amended*.

As previously reported, all of the above Defendants except for EPA have completed their productions.  On April 26, 2019, counsel for Defendants informed counsel for Plaintiff that, in April 2019, EPA reviewed 350 records and determined that none were responsive to Plaintiff's FOIA request.  On May 30, 2019, counsel for Defendants informed counsel for Plaintiff that, in May 2019, EPA reviewed 350 records and determined that none were responsive.  EPA will continue to process at least 350 records per month on a rolling basis.  EPA is now prioritizing documents that were sent on or after January 20, 2017.

The Center continues to oppose EPA's processing schedule because it believes that processing 350 records per month is too few when EPA reports having over 16,000 potentially responsive records to review. The Center is also concerned that each month EPA reviews even this limited number of potentially responsive records only to determine that they are not responsive. To date, EPA has not provided the Center with a single record, despite numerous media reports of EPA's censorship of "climate change" words and phrases. At the Center's request, EPA provided the Center with information about its search terms used and custodians searched. The Center has asked EPA to supplement its search parameters to ensure that its search is reasonably likely to return responsive records and to also provide information about the types of records being returned as a result of its search that are then deemed to be not responsive.

The Center has asked the other Defendants to provide their search terms and parameters in the same way that EPA did so that the Center can properly assess whether to continue challenging the adequacy of their searches as well. Defendants intend to provide their search terms prior to the next Joint Status Report, which the parties will file on July 30, 2019, and every 60 days thereafter.

Dated: May 31, 2019

*/s/ Amy R. Atwood*
Amy R. Atwood
(D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*/s/ Margaret E. Townsend*
Margaret E. Townsend
(D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374

Respectfully submitted,

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

     */s/ Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

Portland, OR 97211-0374  Phone: (202) 252-2529
(971) 717-6409  Fax: (202) 252-2599
mtownsend@biologicaldiversity.org  paul.cirino@usdoj.gov

*Attorneys for Plaintiff*  *Attorneys for Defendants*