UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

  v.

U.S. DEPARTMENT OF THE INTERIOR, et al.,

    Defendants.

Civil Action No. 17-0974 (TJK)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 1, 2019, Plaintiff the Center for Biological Diversity (the "Center") and Defendants U.S. Department of the Interior ("Interior"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of Energy ("DOE"), U.S. Department of State ("DOS"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA") hereby submit this Joint Status Report in this matter brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended.

As previously reported, all Defendants have concluded their response to Plaintiff's FOIA requests. On April 29, 2020, Plaintiff advised Defendants of questions and concerns regarding the responses of all Defendants except for DOE. On June 4, 2020, Defendants responded to Plaintiff's letter. EPA provided additional information about the documents that it deemed to be nonresponsive to Plaintiff's request. DOI has agreed to provide Plaintiff with information about nonresponsive records and produce a *Vaughn* Index for its Exemption 5 withholdings. DOS has conducted a supplemental search with respect to three additional custodians and agreed to produce a *Vaughn* Index for its Exemption 5 withholdings. NOAA has offered to confer with Plaintiff regarding terms for a supplemental search. DOC has agreed to produce a *Vaughn* Index regarding

Exemption 5 withholdings. The parties intend to file a Stipulation of Dismissal regarding Plaintiff's claims against DOE.

The parties will continue to meet and confer regarding Defendants' supplemental responses to Plaintiff's requests. The parties propose to file a further Joint Status Report on August 4, 2020, and every 60 days thereafter.

Dated: June 5, 2020                                    Respectfully submitted,

*/s/ Amy R. Atwood*                                    MICHAEL R. SHERWIN
Amy R. Atwood                                          Acting United States Attorney
(D.C. Bar No. 470258)
Center for Biological Diversity                        DANIEL F. VAN HORN
P.O. Box 11374                                         D.C. BAR #924092
Portland, OR 97211-0374                                Chief, Civil Division
(971) 717-6401
atwood@biologicaldiversity.org                              /s/ *Paul Cirino*
                                                       PAUL CIRINO
*/s/ Margaret E. Townsend*                             Assistant United States Attorney
Margaret E. Townsend                                   District of Columbia
(D.C. Bar No. OR0008)                                  555 4th Street, N.W.
Center for Biological Diversity                        Washington, D.C.  20530
P.O. Box 11374                                         Telephone: (202) 252-2529
Portland, OR 97211-0374                                Facsimile: (202) 252-2599
(971) 717-6409                                         paul.cirino@usdoj.gov
mtownsend@biologicaldiversity.org
                                                       *Attorneys for Defendants*
*Attorneys for Plaintiff*