UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Civil Action No. 17-0974 (TJK) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT UNITED STATES DEPARTMENT OF ENERGY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Center for Biological Diversity and Defendant United States Department of Energy ("DOE") hereby stipulate to a dismissal of this action with prejudice as it pertains to DOE, with each side to bear its own costs, attorney fees and expenses with respect to Plaintiff's claims against DOE.

Dated:  June 11, 2020                                          Respectfully submitted,

*/s/ Amy R. Atwood*                                             MICHAEL R. SHERWIN
Amy R. Atwood                                                        Acting United States Attorney
(D.C. Bar No. 470258)
Center for Biological Diversity                              DANIEL F. VAN HORN
P.O. Box 11374                                                         D.C. BAR #924092
Portland, OR 97211-0374                                       Chief, Civil Division
(971) 717-6401
atwood@biologicaldiversity.org                                /s/ *Paul Cirino*
                                                                                 PAUL CIRINO
*/s/ Margaret E. Townsend*                              Assistant United States Attorney
Margaret E. Townsend                                         District of Columbia
(D.C. Bar No. OR0008)                                         555 4th Street, N.W.
Center for Biological Diversity                              Washington, D.C.  20530
P.O. Box 11374                                                         Telephone: (202) 252-2529
Portland, OR 97211-0374                                       Facsimile: (202) 252-2599
(971) 717-6409                                                         paul.cirino@usdoj.gov
mtownsend@biologicaldiversity.org
                                                                                 *Attorneys for Defendants*
*Attorneys for Plaintiff*