UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　Defendants. | Civil Action No. 17-974 (TJK) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff Center for Biological Diversity ("Center") and Defendants U.S. Department of the Interior ("Interior"), U.S. Environmental Protection Agency ("EPA"), U.S. Department of State ("DOS"), U.S. Department of Commerce ("DOC"), and the National Oceanic and Atmospheric Administration ("NOAA"), by and through their undersigned counsel, hereby agree to settle and compromise the above civil action (the "Civil Action") under the following terms:

1.　　Plaintiff filed this action under the Freedom of Information Act on May 24, 2017 in connection with four identical requests for records pursuant to FOIA to four federal agencies: Interior, EPA, DOS, and the Department of Energy ("DOE"). Civil Action No. 17-cv-974 ECF No. 1. In each request, the Center sought "agency directives, instructions, and/or other communications, including communications with the Trump administration transition team, instructing agency and/or department staff to not use, or to remove from formal agency communications, any climate change-related or energy-related words or phrases, including but not limited to 'climate change,' 'global warming,' 'climate disruption,' 'greenhouse gas emissions,' 'emissions reductions,' and/or 'Paris agreement,' and any related words or phrases." Defendants

Interior Department, EPA, DOE, and the State Department filed an Answer on July 27, 2017. ECF No. 10.

2. Plaintiff filed a First Amended Complaint on August 16, 2017 in connection with similar requests for records to two additional federal agencies: DOC and NOAA. ECF No. 13. In both requests, the Center sought "agency directives, instructions, and/or other communications, including communications with the Trump administration transition team, instructing agency and/or department staff to not use, or to remove from formal agency communications, any climate change-related or energy-related words or phrases, including but not limited to 'climate change,' 'global warming,' 'climate disruption,' 'greenhouse gas emissions,' 'emissions reductions,' and/or 'Paris agreement,' and any related words or phrases." Defendants filed an Answer to the First Amended Complaint on September 28, 2017. ECF No. 20.

3. On June 11, 2020, the Parties jointly stipulated to dismiss all claims against DOE with prejudice, with each side to bear its own costs, attorneys' fees, and expenses. ECF No. 41.

4. Now, the Parties do hereby agree to settle and compromise all remaining claims and issues in this action, including all disputes regarding costs, attorneys' fees, and expenses, under the terms and conditions set forth herein.

5. Defendants shall pay Plaintiff the following dollar amounts to satisfy attorneys' fees and costs in this matter (the "Settlement Payments"):

   a. DOI - $1,000
   b. DOS - $2,000
   c. DOC - $1,000
   d. NOAA - $1,000
   e. EPA - $1,500

6. The Settlement Payments shall be made by an electronic funds transfer as specified in instructions provided to Defendants' undersigned counsel by Plaintiff in writing. Each Defendant will effectuate the payment promptly after the receipt of such instructions by Defendants' counsel. Upon filing the Stipulation of Settlement and Dismissal, the Parties will promptly initiate the documentation necessary to effectuate this payment to be completed and transmitted.

7. Plaintiff hereby fully and forever releases and discharges the Defendants, the United States, and their present or former officials, employees, and agents, in their official and individual capacities, from any and all rights or claims arising from the allegations in the Complaint filed in the Civil Action, including all claims for attorney fees and other litigation costs that have been, or could have been, made in the Civil Action. Without limiting the generality of the foregoing, this release encompasses, resolves, and satisfies all claims, including all claims for attorney fees and other litigation costs, in connection with all facets of this Freedom of Information Act matter, from the initial submission of Plaintiff's records request(s) through and including any litigation, as well as any other proceedings involving claims that were or could have been raised in the Civil Action. Plaintiff agrees to forever release and discharge any claims for further disclosure of the records or the portions of records sought in the Civil Action, and will not subsequently request that Defendant grant access to those records or portions of records under the Freedom of Information Act.

8. This Stipulation of Settlement and Dismissal contains the entire agreement between the Parties hereto and supersedes all previous agreements, whether written or oral, between the Parties relating to the subject matter hereof. No promise or inducement has been made except as set forth herein, and no representation or understanding, whether written or oral, that is not

expressly set forth herein shall be enforced or otherwise given any force or effect in connection herewith.

9. This Stipulation of Settlement and Dismissal has been entered into by Plaintiff and Defendants solely for the purposes of compromising disputed claims without protracted legal proceedings and avoiding the expense and risk of such litigation. Therefore, this Stipulation of Settlement and Dismissal is not intended and shall not be deemed an admission by any Party of the merit or lack of merit of an opposing Party's claims or defenses. Without limiting the generality of the foregoing, this Stipulation of Settlement and Dismissal does not constitute, and shall not be construed as, an admission of liability or fault on the part of the Defendants or the United States or their present or former officials, employees or agents, or as an admission of any contested fact alleged by Plaintiff in connection with the Civil Action or otherwise. This Stipulation of Settlement and Dismissal may not be used as evidence or otherwise in any civil or administrative action or proceeding against Defendants or the United States or any of their present or former officials, employees or agents, either in their official or individual capacities, except for proceedings necessary to implement or enforce the terms hereof.

10. The terms of this Stipulation of Settlement and Dismissal may not be modified or amended, and no provision hereof shall be deemed waived, except by a written instrument signed by the party to be charged with the modification, amendment, or waiver, or by such party's counsel.

11. The Parties acknowledge that the preparation of this Stipulation of Settlement and Dismissal was collaborative in nature, and so agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of this Stipulation of Settlement and Dismissal or any term or provision hereof.

12. Each Party agrees to take such actions and to execute such additional documents as may be necessary or appropriate to fully effectuate and implement the terms of this Stipulation of Settlement and Dismissal.

13. The Parties understand and agree that this Stipulation of Settlement and Dismissal, including all the terms and conditions of the compromise settlement herein and any additional agreements or undertakings relating thereto, may be made public in it its entirety.

14. This Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

15. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of the above-captioned civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), except that the Court shall retain jurisdiction to enforce the terms of this Stipulation of Settlement and Dismissal.

16. This Stipulation of Settlement and Dismissal may be executed in counterparts with facsimile or electronic signature if executed by both Parties on the same document.  A facsimile or other duplicate of a signature shall have the same effect as a manually executed original.

17.  Each signatory to this Stipulation of Settlement and Dismissal represents and warrants that he or she is fully authorized to enter into this Stipulation of Settlement and Dismissal on behalf of the persons or entities indicated below, and has done so freely and voluntarily, without any degree of duress or compulsion.  This Stipulation of Settlement and Dismissal is effective when signed by all Parties hereto.

DATED: July 28, 2022                           Respectfully submitted,

                                               MATTHEW M. GRAVES, D.C. Bar # 481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

                                               /s/ Stephen DeGenaro
                                               STEPHEN DEGENARO
                                               D.C. Bar #1047116
                                               Assistant United States Attorney
                                               U.S. Attorney's Office, Civil Division
                                               601 D Street, N.W.
                                               Washington, D.C.  20530
                                               Tel: (202) 252-7229
                                               Stephen.degenaro@usdoj.gov

                                               *Counsel for Defendants*

                                               AND

                                               /s/ Margaret E. Townsend
                                               Margaret E. Townsend (D.C. Bar #OR0008)
                                               Amy R. Atwood (D.C. Bar #470258)
                                               Center for Biological Diversity
                                               P.O. Box 11374
                                               Portland, OR 97211-0374
                                               (971) 717-6409
                                               mtownsend@biologicaldiversity.org

                                               *Counsel for Plaintiff*